435 A.2d 906

Commonwealth v. Altieri, Appellant.

Submitted April 29, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

Order affirmed.